**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dennis Pietruszewski, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:12-cv-11679-JCB |
| | : |
| Action Collection Agencies, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Action Collection Agencies, Inc. and Does 1-10, inclusive, with prejudice and without costs to any party.

| Dennis Pietruszewski | Action Collection Agencies, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ John J. O'Connor_____ |
| Sergei Lemberg, Esq. | John J. O'Connor |
| BBO No.: 650671 | PEABODY & ARNOLD LLP |
| LEMBERG & ASSOCIATES | Federal Reserve Plaza |
| 1100 Summer Street, 3rd Floor | 600 Atlantic Avenue |
| Stamford, CT 06905 | Boston, MA 02210-2261 |
| (203) 653-2250 | Attorneys for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

                                           By /s/ Sergei Lemberg
                                                Sergei Lemberg